UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS CANO, | ) | CASE NO. CV 14-5677 JLS (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JEFFREY BEARD, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: August 17, 2015

JOSEPHINE L. STATON
United States District Judge